UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| Plaintiff, | ) ) ) | | |
| v. | ) ) | Case No.: | CR-21-160-DCJ |
| BRUCE LEE MONTES, | ) ) | Date: | 1/27/2022 |
| Defendant. | ) ) | Time: | 10:11 a.m. – 10:15 a.m. |

## COMPETENCY HEARING - MINUTE SHEET

Steven P. Shreder, Judge     K. Davis, Law Clerk     S. Ottwell, Reporter
                                   P. Bruce, Deputy Clerk     FTR Courtroom 4

Counsel for Plaintiff:     Michael Mazur, AUSA
Counsel for Defendant     Roger E. Haynes, Appointed
[X] Defendant present in person

### Government's Exhibits:

1. Sealed Medical Evaluation (Dkt. 23) dated 10/6/2021
2. Curriculum Vitae of Mattie Leona Borders, M.A.
3. Curriculum Vitae of Lisa D. Bellah, Ph.D.

**MINUTES**: Court reviewed Sealed Medical Evaluation filed 10/6/2021. Being no evidence on the matter other than the Sealed Medical Evaluation, the Court finds Defendant mentally competent to understand the proceedings against him and to assist in his defense (SPS). Defense counsel makes record of his concerns. Government's Exhibits 1 – 3 admitted without objection. Court conducted Defendant's Arraignment. Written Order to follow.

[X] Defendant remanded to custody of U.S. Marshal.